UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DEBORAH THOMAS                                                      CIVIL ACTION

VERSUS

R.G. CLAITOR'S REALTY                                               NO.: 15-00440-BAJ-SCR

ORDER

On April 24, 2015, Plaintiff Deborah Thomas ("Plaintiff") filed a complaint, as amended, asserting one claim pursuant to Title III of the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12181 *et seq.* (*See* Docs. 1, 13). Plaintiff was limited to requesting declaratory and injunctive relief. *See* 42 U.S.C. § 12188(a). On October 1, 2015, Plaintiff's counsel filed a suggestion of death pursuant to Federal Rule of Civil Procedure ("Rule") 25(a)(1). (*See* Doc. 18). Pursuant to Rule 25(a)(1), a motion to substitute Plaintiff was required to have been filed within 90 days after service of the statement noting her death. Fed. R. Civ. P. 25(a)(1). Because a motion to substitute has not been filed within this time limit, the Court is required to dismiss Plaintiff's action. *Id.*

The Court further determines that Plaintiff's death rendered her claim seeking declaratory and injunctive relief under the ADA moot. *See Flores v. Fox*, 394 Fed.Appx. 170, 171—72 (5th Cir. 2010) (citing *Rhodes v. Stewart*, 488 U.S. 1, 4 (1988); *Copsey v. Swearingen*, 36 F.3d 1336, 1339 n.3 (5th Cir. 1994)); *Barria v. Yu*, No. 08-cv-0908 BEN-CAB, 2010 WL 2653322, at *1 (S.D. Cal. July 1, 2010). Therefore, a

1

party could not—and cannot—be properly substituted as to Plaintiff for the only claim she asserted. *Id.*

For the reasons stated above,

It is **ORDERED** that Plaintiff's complaint is **DISMISSED WITH PREJUDICE**.[1]

Baton Rouge, Louisiana, this 4th day of January, 2016.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Considering the Court's Order, Defendant R.G. Claitor Realty's Motion to Dismiss for Failure to Join a Party Under Rule 19 (Doc. 14) is rendered moot.